**SENTENCING HEARING**

Date: 6/4/10
Start: 9:52   End: 10:00

Judge Leonie M. Brinkema
Reporter: Thomson

UNITED STATES of AMERICA   CASE NUMBER: 1:10cr122
Vs.
Anthony Joseph Tracy

Counsel/Govt.: Jeanine Linehan   Counsel/Deft.: Geremy Kamens
Court adopts PSI [✓] without exceptions [ ] with the following
exceptions: obj to par 13

---

**SENTENCING GUIDELINES:**
Offense Level: 10
Criminal History: III
Imprisonment Range: 10 to 16 months
Supervised Release Range: 2 to 3 years
Restitution: $ _____
Fine Range: $ 2,000 to $ 20,000
Special Assessment: $ 100 per Count

Upon Motion of [ ] Deft [ ] Govt
Court depart from G/L pursuant to:
[ ] USSG 5K1.1
[ ] USSG 5C1.2
[ ] USSG 5K2.12
[ ] USSG 5H1.4
[ ] _____

**JUDGMENT of the COURT:**
BOP for time served months, with credit for time served
Supervised Release for 3 Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $ 100.00  [ ] Satisfied [✓] Due immediately
Fine/Costs Waived [✓] Interest Waived [ ]

**SPECIAL CONDITIONS:**
_1_ Home Confinement for the first _6_ days/months of supervision, at the
deft's expense, w/leave as directed by Court. Elect monitor Δ to pay
_3_ Deft. to remain drug free, In/Out patient treatment as directed. Δ to pay as directed
_2_ Deft. to participate in drug treatment counseling as directed.
___ Pay Restitution of $ _____, [ ] Due Immediately [ ] Monthly
payments of $_____ to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit
___ No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment
___ Drug Testing Waived
_2_ Other: Can't travel outside US while on S/R

**RECOMMENDATION TO BOP:**
___ Deft. to be designated to a Facility in _____.
___ ICC (Boot Camp) when eligible. [ ] 500 Hrs Intensive Drug Treatment
___ Other: _____.
Defendant: [✓] Remanded [ ] Self Surrender/Bond cont. [ ] Referred to USPO